```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW MEXICO
 2

 3   No. 12-1393 MCA

 4   UNITED STATES OF AMERICA,

 5           Plaintiff,

 6      vs.

 7   ALTAR DARNELL WELLAMS,

 8           Defendant.

 9

10                   TRANSCRIPT OF SEARCH
```

GOVERNMENT EXHIBIT

**PAUL BACA PROFESSIONAL COURT REPORTERS**
500 FOURTH STREET, NORTHWEST, SUITE 105
ALBUQUERQUE, NEW MEXICO 87102

```
 1            UNIDENTIFIED FEMALE:  Hello.
 2            MALE OFFICER:  How are you doing, ma'am?
 3            UNIDENTIFIED FEMALE:  Good.
 4            MALE OFFICER:  I'm a police officer and we
 5   check the bus here.  May I speak with you for a moment?
 6            UNIDENTIFIED FEMALE:  Me?
 7            MALE OFFICER:  You'll see me talking with
 8   everybody, ma'am.
 9            UNIDENTIFIED FEMALE:  Okay.
10            MALE OFFICER:  You don't have to get up
11   unless you want to.  Where are you headed to?
12            UNIDENTIFIED FEMALE:  Memphis.
13            MALE OFFICER:  And where are you coming
14   from?
15            UNIDENTIFIED FEMALE:  Phoenix.
16            MALE OFFICER:  Phoenix.  Do you have luggage
17   with you up here, ma'am?  Which one is yours?  The blue
18   one.  And the other bag is back here?  Do you all live
19   in Phoenix or Memphis.
20            UNIDENTIFIED FEMALE:  Phoenix.
21            MALE OFFICER:  Okay, thank you.
22       Hi, how are you?
23            UNIDENTIFIED FEMALE:   (Inaudible).
24            MALE OFFICER:  Good.  Thank you.  Have a
25   good trip.
```

```
 1              Hello, sir.  How are you doing?
 2              UNIDENTIFIED MALE:  Good.  How are you
 3  doing?
 4              MALE OFFICER:  Good.  I'm a police officer.
 5  May I speak to you for a moment?
 6              UNIDENTIFIED MALE:  Uh-huh.
 7              MALE OFFICER:  Where are you headed to, sir?
 8              UNIDENTIFIED MALE:  Amarillo.
 9              MALE OFFICER:  And where are you coming
10  from?
11              UNIDENTIFIED MALE:  From Las Vegas.
12              MALE OFFICER:  Vegas, okay.  All right.  Do
13  you have luggage with you up here, sir?
14              UNIDENTIFIED MALE:  Just the computer bag
15  here.
16              MALE OFFICER:  All right.  Thank you very
17  much.
18              UNIDENTIFIED FEMALE:  No, that's mine.
19              UNIDENTIFIED MALE:  Well, the computer bag,
20  green -- green and black.
21              MALE OFFICER:  Right here?
22              UNIDENTIFIED MALE:  Yeah.
23              MALE OFFICER:  Okay.  All right.  Thank you.
24          Are both of these yours, ma'am?
25              UNIDENTIFIED FEMALE:  Yeah.
```

```
 1              MALE OFFICER:  Hello, sir.  How are you?
 2   I'm a police officer.  May a speak with you for a
 3   moment?
 4              UNIDENTIFIED MALE:  Go ahead.
 5              MALE OFFICER:  Where are you headed to, sir?
 6              UNIDENTIFIED MALE:  Indianapolis.
 7              MALE OFFICER:  And where are you coming
 8   from?
 9              UNIDENTIFIED MALE:  Phoenix.
10              MALE OFFICER:  Phoenix.  Do you have luggage
11   with you today, sir?
12              UNIDENTIFIED MALE:  Yes.
13              MALE OFFICER:  And where is it located?
14              UNIDENTIFIED MALE:  Huh?
15              MALE OFFICER:  Where is it located?
16              UNIDENTIFIED MALE:  Right there.
17              MALE OFFICER:  Which one is yours?
18              UNIDENTIFIED MALE:  The blue and the
19   camouflage bag and this bag right here.
20              MALE OFFICER:  Okay.  Live in Phoenix or
21   Indy?
22              UNIDENTIFIED MALE:  Live in Indy.  Came down
23   to Phoenix for work and now I'm going back.
24              MALE OFFICER:  All right.  Thank you, sir.
25         Hello, sir.  How are you doing today?  I'm a
```

```
 1  police officer.  May I speak to you for a moment?  Where
 2  are you headed to?
 3              UNIDENTIFIED MALE:  Ft. Smith, Arkansas
 4              MALE OFFICER:  Where are you coming from?
 5              UNIDENTIFIED MALE:  I'm coming from Las
 6  Vegas.
 7              MALE OFFICER:  Do you have luggage with you?
 8  Any other luggage?
 9              UNIDENTIFIED MALE:  (Inaudible).
10              MALE OFFICER:  Thank you very much.
11         Hello, sir.  How are you doing today?  I'm a
12  police officer and we check the bus here.  May I speak
13  with you for a moment?
14              UNIDENTIFIED MALE:  What's that?
15              MALE OFFICER:  I said I'm a police officer
16  and we check the bus here.  May I speak with you for a
17  moment?
18              UNIDENTIFIED MALE:  For what?  About what.
19              MALE OFFICER:  We just check the bus for
20  security, sir.  I'll be talking to all the passengers.
21              UNIDENTIFIED MALE:  Okay.
22              MALE OFFICER:  Okay.  Are you all traveling
23  together or separate?
24              UNIDENTIFIED MALE:  Going -- we're going to
25  North Carolina.
```

```
1              MALE OFFICER:  Are you traveling together?
2              UNIDENTIFIED MALE:  (Inaudible).
3              MALE OFFICER:  You're not?  Okay.  All
4  right.  Everything is fine, sir.  I've already started
5  talking to everybody that's sitting behind you.
6              UNIDENTIFIED MALE:  All right.
7              MALE OFFICER:  Okay.  Do you -- where did
8  you start your trip at, sir?
9              UNIDENTIFIED MALE:  What?  Las Vegas.
10             MALE OFFICER:  Okay.  Do you have luggage on
11 the bus with you?
12             UNIDENTIFIED MALE:  Uh, just that.
13             MALE OFFICER:  Any other luggage anywhere
14 else?
15             UNIDENTIFIED MALE:  No.
16             MALE OFFICER:  All right.  Thank you.  Go
17 ahead, sir.  Thank you, sir.
18        Hello, gentlemen.  How are you all doing today?
19             UNIDENTIFIED MALE:  Fine.
20             MALE OFFICER:  Okay.  I'm a police officer
21 and we check the bus here.  May I speak to you all just
22 for a moment?
23             UNIDENTIFIED MALE:  Yeah.
24             MALE OFFICER:  Where are you headed to, sir?
25             UNIDENTIFIED MALE:  Ohio.
```

```
 1              MALE OFFICER:  Are you all traveling
 2   together or separate?
 3              UNIDENTIFIED MALE:  Separate.
 4              UNIDENTIFIED MALE:  Separate.
 5              MALE OFFICER:  Where are you headed to?
 6              UNIDENTIFIED MALE:  Daytona Beach.
 7              MALE OFFICER:  Boy, you got a long trip
 8   ahead of you.
 9              UNIDENTIFIED MALE:  Oh, yeah.
10              MALE OFFICER:  Where -- how are you doing?
11   Where did you start out at?
12              UNIDENTIFIED MALE:  Las Vegas.
13              UNIDENTIFIED MALE:  Phoenix.
14              MALE OFFICER:  Okay.  Okay.  Do you all have
15   luggage with you on the bus?
16              UNIDENTIFIED MALE:  In the back, right
17   there.
18              MALE OFFICER:  Okay.  Anything underneath
19   the bus?
20              UNIDENTIFIED MALE:  Oh, yeah, two bags.
21              MALE OFFICER:  All right.  Thank you, sir.
22   Have a good trip.
23          Hello, sir.  How are you doing today?
24              UNIDENTIFIED MALE:  Good.  What's up?
25              MALE OFFICER:  I'm doing good.  Thank you.
```

```
 1   I'm a police officer and we check the bus.  May I speak
 2   with you a for a moment?
 3               UNIDENTIFIED MALE:  (Inaudible).
 4               MALE OFFICER:  Where are you headed to?
 5               UNIDENTIFIED MALE:  Headed to Memphis.
 6               MALE OFFICER:  And where are you coming
 7   from?
 8               UNIDENTIFIED MALE:  I'm coming from -- I'm
 9   coming from Phoenix.
10               MALE OFFICER:  Phoenix, you live in Phoenix
11   or Memphis?
12               UNIDENTIFIED MALE:  No.  I'm visiting my
13   girlfriend.  I grew up there.
14               MALE OFFICER:  Okay.  So you live in
15   Phoenix?
16               UNIDENTIFIED MALE:  No.  I stay in Memphis.
17               MALE OFFICER:  Memphis.  Okay.  Do you have
18   luggage on the bus with you?
19               UNIDENTIFIED MALE:  Oh, no, sir.
20               MALE OFFICER:  No luggage at all?  Any
21   luggage underneath?  Okay.  Do you have your ticket with
22   you?  Can I see it, please?  Thank you.  All righty.
23               UNIDENTIFIED MALE:  Okay.  If I could just
24   have everybody stay in your seats, please.
25               MALE OFFICER:  Thank you, sir.  I appreciate
```

1  it.  And you don't have anything underneath your seat?
2           UNIDENTIFIED MALE:  No.
3           MALE OFFICER:  Okay.  All right.  Thank you,
4  sir.  Is this your pillow?
5           UNIDENTIFIED MALE:  Yes, sir.
6           MALE OFFICER:  Would you consent for a
7  search of your pillow?
8           UNIDENTIFIED MALE:  (Inaudible).  Yeah.
9           MALE OFFICER:  Thank you.  How about your
10 person, sir, you don't have any weapons or anything on
11 your person?  Would you consent for a search of your
12 person for contraband?  Excuse me.  Okay.  Around your
13 waist.  Can you lean forward for me?  Okay.  And your
14 legs, please.  Can you stand up?  Okay.  Stand up.  All
15 right.  Thank you, sir.  Have a good trip.
16          Hello, sir.  How are you doing?
17          MR. WELLAMS:  I'm all right.
18          MALE OFFICER:  I'm a police officer.  May I
19 speak with you for a moment?  Where are you headed to,
20 sir?
21          MR. WELLAMS:  Memphis.
22          MALE OFFICER:  And where are you coming
23 from?
24          MR. WELLAMS:  Arizona.
25          MALE OFFICER:  Arizona.  You live in Arizona

```
 1   or Memphis?  Live in Arizona or Memphis?
 2             MR. WELLAMS:  Neither one.
 3             MALE OFFICER:  Neither one.
 4             MR. WELLAMS:  Just visiting.
 5             MALE OFFICER:  Okay.  Where do you live at,
 6   sir?
 7             MR. WELLAMS:  Michigan.
 8             MALE OFFICER:  Michigan?
 9             MR. WELLAMS:  Yes, sir.
10             MALE OFFICER:  Okay.  Do you have luggage on
11   the bus with you?
12             MR. WELLAMS:  No, I do not.
13             MALE OFFICER:  No luggage at all?
14             MR. WELLAMS:  Uh-huh.
15             MALE OFFICER:  No checked in, nothing up
16   here?  Can I see your ticket, please?  Thank you.  Thank
17   you.  And is this your pillow?
18             MR. WELLAMS:  Yes.
19             MALE OFFICER:  Do you -- would you consent
20   for a search of your pillow?
21             MR. WELLAMS:  No problem.
22             MALE OFFICER:  Okay.  Thank you.  How about
23   on your person, sir?  You don't have any weapons or
24   anything strapped to your person?
25             MR. WELLAMS:  On my person?
```

```
 1                MALE OFFICER:  Yeah, on your body.
 2                MR. WELLAMS:  No, sir.
 3                MALE OFFICER:  Okay.  Would you give me
 4   consent to search your person for contraband?
 5                MR. WELLAMS:  You want to search my person?
 6                MALE OFFICER:  Yes.
 7                MR. WELLAMS:  I don't have a problem with
 8   that, no.  Is it necessary?
 9                MALE OFFICER:  Well, sir, it's not -- I'm
10   asking you for permission.  That's basically what we do
11   here.
12                MR. WELLAMS:  Oh, okay.  Well, I'm just
13   saying I don't really understand what the problem is.
14   You're kind of throwing me off for my first time being
15   on the bus and all.
16                MALE OFFICER:  Well, it's just -- what we do
17   is we check the bus down here for security, sir.
18                MR. WELLAMS:  Okay.
19                MALE OFFICER:  And the reason we do that is
20   sometimes we find that people will have stuff -- there's
21   no security when you boarded.  Sometimes we find out
22   people transport things, weapons, illegal narcotics,
23   explosives on the bus, and you'll see us talking to all
24   the passengers.  That's basically why we're here and
25   what we're doing.
```

```
 1              MR. WELLAMS:  Okay.
 2              MALE OFFICER:  Okay.  All right.
 3              MR. WELLAMS:  What I'm saying is when you go
 4   to -- okay, my property, fine.
 5              MALE OFFICER:  Uh-huh.  Well, sometimes we
 6   find that people have stuff strapped to their bodies
 7   too.  Okay.  You don't have anything strapped to you?
 8   Okay.  Would you give me permission to conduct a search
 9   of your person for contraband?
10              MR. WELLAMS:  (Inaudible) we need to leave
11   out of here?
12              MALE OFFICER:  I'm sorry, sir.
13              MR. WELLAMS:  Do we need to leave out of
14   here?
15              MR. WELLAMS:  No, we don't need to go
16   anywhere, sir, unless you want to go somewhere.  It's up
17   to you.
18              MR. WELLAMS:  Is that necessary?
19              MALE OFFICER:  Okay.  All right.  Can you
20   lift up your shirt for me and show me what's underneath
21   your shirt?  Okay.  What do you have here in your
22   crotch?
23              MR. WELLAMS:  That's me.
24              MALE OFFICER:  That's not you, sir.  I can
25   see a bundle there.  It's not a weapon, is it?
```

```
 1              MR. WELLAMS:  No.
 2              MALE OFFICER:  Okay.  Is it a bundle of
 3    something?  Does that nod mean yes?
 4              MR. WELLAMS:  Yes.
 5              MALE OFFICER:  Okay.  Is it something
 6    illegal?
 7              MR. WELLAMS:  (Inaudible).
 8              MALE OFFICER:  Okay.  All right.  Go ahead
 9    and -- I want you to go ahead and put your hands up here
10    so I want to make sure it's nothing.  Go ahead and stand
11    up for me.  No, don't touch nothing.  Just go ahead and
12    stand up for me.  Okay.  Put your hands up here.  I tell
13    you what, turn around, put your hands behind your back.
14    Give me your other hand, sir.  Relax, sir.  Let your
15    hands go.  Turn your hand like this.  Just relax, man.
16    I'll be getting out of your way in just a second.  Step
17    on over here.  Do you have anything else on your person?
18              MR. WELLAMS:  Just that.
19              MALE OFFICER:  Is it just weed?  Okay.
20              [Recording concludes.]
21
22
23
24
25
```

```
 1  In Re:

 2  USA vs Altar Darnell Wellams
    _____
 3


 4


 5
                    C E R T I F I C A T E
 6


 7
            I, Lisa Reinicke, New Mexico Provisionally
 8  Certified Court Reporter #P-405, on behalf of Paul Baca
    Professional Court Reporters, DO HEREBY CERTIFY that the
 9  above captioned transcription was prepared by me; that
    the CD was reduced to typewritten transcript by me; that
10  I listened to the entire CD; that the foregoing
    transcript is a complete record of all material included
11  thereon, and that the foregoing pages are a true and
    correct transcription of the recorded proceedings, to
12  the best of my knowledge and hearing ability.  The
    recording was of FAIR quality.
13
            I FURTHER CERTIFY that I am neither employed by
14  nor related to nor contracted with (unless excepted by
    the rules) any of the parties or attorneys in this
15  matter, and that I have no interest whatsoever in the
    final disposition of this matter.
16

17

18

19

20
                                _____
21                              Lisa Reinicke, P-405
                                License Expires:  8/21/2012
22

23

24

25
```